IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GENWEALTH HOLDINGS, LLC**                                                              **PLAINTIFF**

v.                                         No. 4:23-cv-720-DPM

**STATE FARM FIRE AND
CASUALTY COMPANY**                                                                         **DEFENDANT**

## ORDER

    Genwealth Holdings's office in Bryant, Arkansas was closed for several months after frozen pipes burst and flooded the office.  It made a claim on its businessowner's policy with State Farm.  Genwealth believes State Farm wasn't honest during its handling of the claim.  It says State Farm hired a third-party accountant to review the claim.  The accountant initially determined that Genwealth lost no income when its office was closed, but then calculated the loss to be $7,284.50.  Genwealth also says State Farm didn't review the accountant's rationale and didn't respond to Genwealth's requests to discuss its problems with the accountant.  But not investigating a claim adequately isn't the kind of dishonest, malicious, or oppressive conduct that equals bad faith under Arkansas law.  *Reynolds v. Shelter Mutual Insurance Co.*, 313 Ark. 145, 148, 852 S.W.2d 799, 801 (1993).  And offers to compromise, even low-ball offers, likewise aren't a sufficient showing of bad faith.  *Aetna Casualty and Surety Co. v. Broadway Arms Corp.*,

281 Ark. 128, 133, 664 S.W.2d 463, 465 (1984).  Motion, *Doc. 5*, granted. Count II of the complaint (bad faith) is dismissed without prejudice; count I (breach of contract) goes forward.

    So Ordered.

*signature*

D.P. Marshall Jr.
United States District Judge

16 October 2023