IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

GENWEALTH HOLDINGS, LLC                                    PLAINTIFF

v.                          No. 4:23-cv-720-DPM

STATE FARM FIRE AND
CASUALTY COMPANY                                           DEFENDANT

## JUDGMENT

Genwealth's complaint is dismissed with prejudice. The Court retains jurisdiction until 19 May 2025 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

20 March 2025